**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Blackhawk Valley Investments, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4559991** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **231 Blackhawk Boulevard**<br>**South Beloit, IL 61080** | **P.O. Box 327**<br>**Roscoe, IL 61073** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Winnebago** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **N/A** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Blackhawk Valley Investments, Inc.** | Case number (*if known*) | _____ |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Blackhawk Valley Investments, Inc.**                    Case number (*if known*) _____
          Name

**10.** **Are any bankruptcy cases**    ■ No
       **pending or being filed by a**    ☐ Yes.
       **business partner or an**
       **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list
          Debtor _____    Relationship _____
          District _____  When _____  Case number, if known _____

**11.** **Why is the case filed in**    *Check all that apply:*
       ***this district?***
                              ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                   preceding the date of this petition or for a longer part of such 180 days than in any other district.

                              ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**    ■ No
       **have possession of any**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **real property or personal**
       **property that needs**
       **immediate attention?**    **Why does the property need immediate attention?** (*Check all that apply.*)

                              ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                 What is the hazard? _____

                              ☐ It needs to be physically secured or protected from the weather.

                              ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                 livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                              ☐ Other _____
                              **Where is the property?** _____
                                                         Number, Street, City, State & ZIP Code
                              **Is the property insured?**
                              ☐ No
                              ☐ Yes.   Insurance agency _____
                                       Contact name _____
                                       Phone _____

▮     **Statistical and administrative information**

**13.** **Debtor's estimation of**    .   *Check one:*
       **available funds**
                              ■ Funds will be available for distribution to unsecured creditors.

                              ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**    ■ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
       **creditors**            ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
                              ☐ 100-199           ☐ 10,001-25,000       ☐ More than100,000
                              ☐ 200-999

**15.** **Estimated Assets**    ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                              ■ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.** **Estimated liabilities**    ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor **Blackhawk Valley Investments, Inc.**
Name

Case number (*if known*)

■ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Blackhawk Valley Investments, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 15, 2024**
MM / DD / YYYY

**X** /s/ Michael Ryan                                      **Michael Ryan**
Signature of authorized representative of debtor            Printed name

Title    **President**

---

**18. Signature of attorney**

**X** /s/ Darron M. Burke                    Date **January 15, 2024**
Signature of attorney for debtor                  MM / DD / YYYY

**Darron M. Burke 6302978**
Printed name

**Barrick Switzer Long Balsley & Van Evera, LLP**
Firm name

**6833 Stalter Drive**
**Rockford, IL 61108**
Number, Street, City, State & ZIP Code

Contact phone   **815/962-6611**      Email address   **dburke@bslbv.com**

**6302978 IL**
Bar number and State

Blackhawk Valley Investments, Inc.
Tax ID:      46-4559991

President:  Michael Ryan

Company Physical Address:
231 Blackhawk Blvd
South Beloit, IL 61080

Company Mailing Address:
PO Box 327
Roscoe, IL 61073

Assets:                          **$101,232**  (estimate)

Land and Buildings    $101,000  (estimate)
231 Blackhawk Blvd
South Beloit, IL 61080
Parcel Number: 04-05-179-001
Estimated Value: $101,000

Cash in Bank        $231.81
Midland States Bank
Checkinng Acct#XXXX0011

Liabilities:                      **$50,606**

See Creditors tab

Net Equity:                    **$50,626**

Annual Revenue:        $7,800

Sole source of revenue is property lease (below).

Lease:      Winnebago Foundry, Inc.
132 Blackhawk Blvd
South Beloit, IL 61080

Monthly Rent:        $650
Lease Begin Date:    9/1/2014
Terms:              Month-to-Month

Debtor    **Blackhawk Valley Investments, Inc.**                    Case number (if known) _____
          Name

�merged **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code. specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 15, 2024**
               MM / DD / YYYY

X  **/s/ Michael Ryan**                       1/15/24         **Michael Ryan**
   Signature of authorized representative of debtor            Printed name

Title    **President** _____

**18. Signature of attorney**    X  **/s/ Darron M. Burke**                    Date  **January 15, 2024**    1/15/24
                                    Signature of attorney for debtor                    MM / DD / YYYY

**Darron M. Burke 6302978**
Printed name

**Barrick Switzer Long Balsley & Van Evera, LLP**
Firm name

**6833 Stalter Drive**
**Rockford, IL 61108**
Number, Street, City, State & ZIP Code

Contact phone    **815/962-6611**    Email address    **dburke@bslbv.com**

**6302978 IL**
Bar number and State

Fill in this information to identify the case:

Debtor name **Blackhawk Valley Investments, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 15, 2024**      X /s/ Michael Ryan                          1/15/24
                                          Signature of individual signing on behalf of debtor

                                          **Michael Ryan**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Debtor   __Blackhawk Valley Investments, Inc._____   Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                                                            **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                                                                   **Employer Identification number of the pension fund**

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __January 15, 2024_____

/s/ Michael Ryan                                          Michael Ryan
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Blackhawk Valley Investments, Inc.**

_____
                                        Debtor(s)

Case No.
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael A. Ryan**<br>**1200 Cameo Court**<br>**Herndon, VA 20170** | **Common Stock** | **600 Shares** | **Sole Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 15, 2024**
_____

Signature   **/s/ Michael Ryan**
                **Michael Ryan**

_1/15/24_

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re   __Blackhawk Valley Investments, Inc._____   Case No. _____
                                          Debtor(s)                    Chapter   __11__   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____   __9__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   __January 15, 2024_____        /s/ Michael Ryan
                                            **Michael Ryan/President**
                                            Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Blackhawk Valley Investments, Inc.__

Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    __Blackhawk Valley Investments, Inc.__    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 15, 2024   1/15/24
Date

/s/ Darron M. Burke
Darron M. Burke 6302578
Signature of Attorney or Litigant
Counsel for    __Blackhawk Valley Investments, Inc.__
Barrick Switzer Long Balsley & Van Evera, LLP
6833 Stalter Drive
Rockford, IL 61108
815/962-6611 Fax:815/962-0687
dburke@bslbv.com

**Fill in this information to identify the case:**

Debtor name     **Blackhawk Valley Investments, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)     _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 15, 2024**          X **/s/ Michael Ryan**
                                            Signature of individual signing on behalf of debtor

                                            **Michael Ryan**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name  **Blackhawk Valley Investments, Inc.** |
| United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Blackhawk Stateline Storage LLC 2104 Mildred Street Beloit, WI 53511** | | **Potential unjust enrichment claim stemming from payment of property tax bill [17th Judicial Circuit - Winnebago County - Case # 21-TX-150]** | | | | **$24,485.66** |
| **John Nelson Law Offices Attn: Attorney John Nelson One Court Place Suite 300 Rockford, IL 61101** | | **Legal Fees** | | | | **$3,500.00** |
| **Kevin Cain 12520 Greensview Circle Roscoe, IL 61073** | | **Administrative /Caretaking Fees** | | | | **$2,000.00** |
| **Mackenzie Mackay, Inc. 11654 Plaza America Drive Reston, VA 20190** | | **Promissory Note [Note described as "secured" but was never perfected /recorded]** | | | | **$31,606.00** |
| **McIntyre Concrete, Inc. 12510 South Roy Road Roscoe, IL 61073** | | **Services Provided - Building Demolition** | | | | **$5,500.00** |
| **Randy Kirichkow 136 South Hackett Street South Beloit, IL 61080** | | **Administrative /Caretaking Fees** | | | | **$2,500.00** |

**Fill in this information to identify the case:**

Debtor name        **Blackhawk Valley Investments, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **125,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................... $     **232.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **125,232.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **69,591.66**

4.  **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b                                                                                    $     **69,591.66**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Blackhawk Valley Investments, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Midland States Bank** | **Checking** | **0011** | $232.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $232.00 |
|---|

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1. _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment
8.1. _____

Debtor   **Blackhawk Valley Investments, Inc.**_____   Case number *(If known)* _____
          Name

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                              _____

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less: _____ - _____ = .... _____
                                 face amount          doubtful or uncollectible accounts

      11b. Over 90 days old: _____ - _____ =.... _____
                              face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.       _____

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

      14.1. _____   _____   _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

      Name of entity:                          % of ownership

      15.1. _____   _____ %   _____   _____

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

      Describe:

      16.1. _____   _____   _____

17.   **Total of Part 4.**
      Add lines 14 through 16.  Copy the total to line 83.                          _____

Debtor    **Blackhawk Valley Investments, Inc.**                    Case number *(If known)* _____
          Name

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| | | | | |
| 20. **Work in progress** | | | | |
| | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| | | | | |
| 22. **Other inventory or supplies** | | | | |
| | | | | |

23. **Total of Part 5.**
    Add lines 19 through 22.  Copy the total to line 84.                    _____

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| | | | |

Debtor    **Blackhawk Valley Investments, Inc.**                    Case number *(If known)* _____
         Name

29.    **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

 

30.    **Farm machinery and equipment** *(Other than titled motor vehicles)*

 

31.    **Farm and fishing supplies, chemicals, and feed**

 

32.    **Other farming and fishing-related property not already listed in Part 6**

 

33.    **Total of Part 6.**
       Add lines 28 through 32.  Copy the total to line 85.                    _____

34.    **Is the debtor a member of an agricultural cooperative?**
       ☐ No
       ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No
              ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
       ☐ No
       ☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |

Debtor **Blackhawk Valley Investments, Inc.**        Case number *(If known)* _____
<br>Name

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    42.1. _____

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No. Go to Part 9.
    ☐ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1. _____

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1. _____

49. **Aircraft and accessories**

    49.1.. _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor    **Blackhawk Valley Investments, Inc.**    Case number *(If known)* _____
Name

---

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.    _____

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 9:**    **Real property**

54.    **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **231 Blackhawk Boulevard South Beloit, IL 61080 PIN: 04-05-179-001** | | | | |
| Land + Buildings | Fee simple | $0.00 | Debtor Estimate | $125,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.    $125,000.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59.    **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

Debtor    **Blackhawk Valley Investments, Inc.**                     Case number *(If known)* _____
          Name

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☐ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☐ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

                                                                      **Current value of
                                                                      debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

       _____    _____ - _____ = _____
                                      Total face amount        doubtful or uncollectible amount

Debtor    **Blackhawk Valley Investments, Inc.**_____    Case number *(If known)* _____
          Name

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

       _____    Tax year _____    _____

73.    **Interests in insurance policies or annuities**

       _____                              _____

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

       **Nature of claim**    _____            _____
       **Amount requested**   _____

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

       **Nature of claim**    _____            _____
       **Amount requested**   _____

76.    **Trusts, equitable or future interests in property**

       _____                              _____

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       _____                              _____

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.             _____

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

| Debtor | **Blackhawk Valley Investments, Inc.** | | Case number *(If known)* | |
| | Name | | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $232.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .....................................................................> | | $125,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $232.00 | + 91b. $125,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $125,232.00 |

**Fill in this information to identify the case:**

Debtor name   **Blackhawk Valley Investments, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Blackhawk Valley Investments, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Blackhawk Stateline Storage LLC**<br>**2104 Mildred Street**<br>**Beloit, WI 53511**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **X150** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential unjust enrichment claim stemming from**<br>**payment of property tax bill [17th Judicial Circuit - Winnebago County**<br>**- Case # 21-TX-150]**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$24,485.66** |

| 3.2 | Nonpriority creditor's name and mailing address<br>**John Nelson Law Offices**<br>**Attn: Attorney John Nelson**<br>**One Court Place**<br>**Suite 300**<br>**Rockford, IL 61101**<br><br>Date(s) debt was incurred  **2020-2023**<br>Last 4 digits of account number  **CH85** | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Legal Fees**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,500.00** |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Kevin Cain**<br>**12520 Greensview Circle**<br>**Roscoe, IL 61073**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **N/A** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Administrative**<br>**/Caretaking Fees**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,000.00** |

| Debtor | **Blackhawk Valley Investments, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,606.00 |
|---|---|---|---|

**Mackenzie Mackay, Inc.**
**11654 Plaza America Drive**
**Reston, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014__

Last 4 digits of account number  __N/A__

Basis for the claim:  __Promissory Note [Note described as "secured" but was never perfected /recorded]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |
|---|---|---|---|

**McIntyre Concrete, Inc.**
**12510 South Roy Road**
**Roscoe, IL 61073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Last 4 digits of account number  __7370__

Basis for the claim:  __Services Provided - Building Demolition__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Randy Kirichkow**
**136 South Hackett Street**
**South Beloit, IL 61080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018__

Last 4 digits of account number  __N/A__

Basis for the claim:  __Administrative /Caretaking Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bolgrien, Koepke & Kimes, LLC**<br>**Attn:  Attorney Rodney Kimes**<br>**419 Main Street**<br>**P.O. Box 537**<br>**Pecatonica, IL 61063** | Line  __3.1__<br><br>☐ Not listed. Explain ____ | __CH85__ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 69,591.66 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 69,591.66 |

---

**Fill in this information to identify the case:**

Debtor name   **Blackhawk Valley Investments, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **-Contract for Purchase and Sale of Real Estate dated November 1, 2019**<br>**-Proposed Purchaser: Blackhawk Stateline Storage, LLC**<br>**-Proposed Seller: Debtor (Blackhawk Valley Investments, Inc.)**<br>**-Proposed Purchase Price:  $35,000.00**<br>**-Real Estate:  231 Blackhawk Boulevard South Beloit, IL 61080**<br>**-The Proposed Purchaser has filed a complaint for specific performance against the Debtor, which seeks an order requring the Debtor and its President to transfer the Real Estate to the Proposed Purchaser pursuant to the Contract.**<br>**-To date, no such order has been entered** |
| State the term remaining | **Contract for Purchase and Sale of Real Estate** |
| List the contract number of any government contract | |

**Blackhawk Stateline Storage, LLC**
**2104 Mildred Street**
**Beloit, WI 53511**

---

Debtor 1  **Blackhawk Valley Investments, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **-Month-to-Month Commercial Property Lease**<br>**-Lessor:  Debtor**<br>**-Lessee:  Winnebago Foundry, Inc.**<br>**-Lessee pays monthly rent to the Debtor in the amount of $650.00**<br>**-Lease originally executed in 2014** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month Lease** | **Winnebago Foundry, Inc.**<br>**132 Blackhawk Boulevard**<br>**South Beloit, IL 61080** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   **Blackhawk Valley Investments, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Street | | ☐ D ☐ E/F ☐ G |
| | City        State        Zip Code | | |
| 2.2 | Street | | ☐ D ☐ E/F ☐ G |
| | City        State        Zip Code | | |
| 2.3 | Street | | ☐ D ☐ E/F ☐ G |
| | City        State        Zip Code | | |
| 2.4 | Street | | ☐ D ☐ E/F ☐ G |
| | City        State        Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Blackhawk Valley Investments, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other   **Rental Income** | **$650.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Rental Income** | **$7,800.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Rental Income** | **$7,800.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

| Debtor | **Blackhawk Valley Investments, Inc.** | Case number *(if known)* | |

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Blackhawk Stateline Storage, LLC v. Blackhawk Valley Investments, Inc., and Michael A. Ryan 2020-CH-85** | **Specific Performance (Order Sale of Real Estate)** | **17th Judicial Circuit - Winnebago County 400 W State Street Rockford, IL 61101** | ☑ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor   **Blackhawk Valley Investments, Inc.**   Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Barrick Switzer Long Balsley & Van Evera** **6833 Stalter Drive** **Rockford, IL 61108** | **$15,000.00 Retainer (includes Filing Fee)** | **January 2024** | **$15,000.00** |
| | Email or website address **dburke@bslbv.com** | | | |
| | Who made the payment, if not debtor? **Michael Ryan (President) - No Expectation of Repayment** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **3**

Debtor    **Blackhawk Valley Investments, Inc.**                              Case number *(if known)* _____

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | **Blackhawk Valley Investments, Inc.** | Case number *(if known)* _____ |
|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Debtor    **Blackhawk Valley Investments, Inc.**                    Case number *(if known)* _____

within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Michael Ryan** | **President/Sole Shareholder** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Michael Ryan** | **President/Sole Shareholder** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **BSLBV**<br>**6833 Stalter Drive**<br>**Rockford, IL 61108** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael A. Ryan** | **1200 Cameo Court**<br>**Herndon, VA 20170** | **President/Sole Shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

Debtor    **Blackhawk Valley Investments, Inc.**                                    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 15, 2024**

**/s/ Michael Ryan**                                           **Michael Ryan**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Blackhawk Valley Investments, Inc.**                        Case No. _____

_____
                                    Debtor(s)          Chapter   **11**   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..............................................   $   **$325.00/hour - Partners**
                                                                                                        **$300.00/hour - Associates**

    Prior to the filing of this statement I have received ..............................   $   **$13,262.00 + Filing Fee**

    Balance Due ......................................................................................   $   **$0.00 - Additional Fees subject**
                                                                                                        **to Court Approval**

2.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☐ Debtor       ☐ Other (specify):

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, or any other adversary
    proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 26, 2024**   _1/26/24_                 /s/ Darron M. Burke
_Date_                                            **Darron M. Burke 6302978**
                                                  _Signature of Attorney_
                                                  **Barrick Switzer Long Balsley & Van Evera, LLP**
                                                  **6833 Stalter Drive**
                                                  **Rockford, IL 61108**
                                                  **815/962-6611  Fax: 815/962-0687**
                                                  **dburke@bslbv.com**
                                                  _Name of law firm_



## BANKRUPTCY ATTORNEY FEE CONTRACT BETWEEN CLIENT AND BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP

If you receive bankruptcy services from Barrick, Switzer, Long, Balsley & Van Evera, LLP ("law firm"), federal law requires the execution of a written Contract between the law firm and you. If you wish to retain the law firm for bankruptcy services, you must execute this Contract. Our office will file a bankruptcy proceeding with all the documents and materials required to be filed therewith for the fees and charges as set forth below. The United States Bankruptcy Court will charge a filing fee as listed below. Since **bankruptcy** proceedings are not identical and we are not able to tell in advance all of the services that you may need, we have listed additional possible fees below that may or may not apply to your bankruptcy proceeding. The law firm reserves the right to modify the fees listed below prior to the time you hire us. If you sign below, you are agreeing to do the following:

1.  To completely and honestly fill out all the forms given to you and provide truthful information in regard to all bankruptcy forms.

2.  To provide all the documentation requested.

3.  To promptly respond to any inquiries made by the law firm.

4.  To pay all additional fees no later than 30 days after billing.

5.  <u>Legal Fees</u>.  Barrick, Switzer, Long, Balsley & Van Evera, LLP cannot predict or guarantee what the total cost will be for legal services.  This will depend on the amount of time spent and the amount of expenses, which at times will be determined in part by you and your opponent's strategies.  The required retainer fee for legal fees in this Chapter 11 bankruptcy proceeding is $15,000.00.  This retainer fee includes the Chapter 11 filing fee of $1,738.00.  We accept cash, checks, or money orders.

    a.  <u>Hourly Rates</u>.  Darron M. Burke and James E. Stevens will be the attorneys at Barrick, Switzer, Long, Balsley & Van Evera, LLP primarily in charge of this matter.  Other attorneys will be assisting us.  Where it is necessary for our attorneys to communicate with one another, we will bill a reasonable amount of time for such services.  We will use our best efforts to perform all services as expeditiously as possible, to avoid unnecessary duplication of effort, and to

limit the cost for legal services. Below is a list of our current hourly rates for legal services as charged for the attorneys in our firm who may be involved in this matter. These rates may be revised from time to time by Barrick, Switzer, Long, Balsley & Van Evera, LLP. You will be informed of any increase.

| Attorney | Rate Per Hour |
|---|---|
| Darron M. Burke | $325.00 |
| Partners | $325.00 |
| Associates | $300.00 |

    b.   <u>Billing for Legal Services</u>. Attorney fee applications are subject to approval of the Bankruptcy Court. Once a fee application is approved, Blackhawk Valley Investments, Inc., will be billed at the hourly rates set forth above (or as subsequently adjusted) for all services rendered. This includes telephone calls, drafting and reviewing documents and correspondence, travel time to and from meetings, depositions and court time, legal research, negotiations, and any other services relating to these matters.

6.   <u>Costs and Expenses</u>. In addition to legal fees, attorney fee applications will include costs and expenses. Once a fee application is approved, Blackhawk Valley Investments, Inc. will be billed for the costs and expenses if and when they may be incurred including but not limited to the following: transcript charges, computer research charges (if necessary and cost effective), fees for experts, accountants, and/or appraisers (if any are required and authorized), and any other necessary expenses in this matter. We will advance most of the out-of-pocket expenses. Any expert retained will be retained by you and will bill you directly.

7.   <u>Bills</u>. Barrick, Switzer, Long, Balsley & Van Evera, LLP will send to your attention detailed itemized bills on a periodic basis once the fee applications outlined in Paragraphs 5 and 6 above. Payment is due upon receipt. Please review the bills carefully, immediately upon receipt, and call our office with any questions or concerns you may have.

8.   <u>Your Responsibility</u>. By executing this Agreement, Blackhawk Valley Investments, Inc. agrees to cooperate fully with Barrick, Switzer, Long, Balsley & Van Evera, LLP and provide complete and accurate information relevant to the issues involved.

9.   <u>No Guarantee</u>. Barrick, Switzer, Long, Balsley & Van Evera, LLP agrees to provide conscientious, competent and diligent services and at all times will seek to achieve solutions that are just and reasonable. Of course, because of the uncertainty of legal matters, the interpretation of any changes in the law, the facts of each particular case, and other factors that may arise, Barrick, Switzer, Long, Balsley & Van Evera, LLP cannot and does not warrant, predict, or guarantee the results or final outcome of this matter.

We look forward to working with and for you toward a positive resolution. Please do not hesitate to call me at any time with any questions or concerns.

For our records, please sign the acknowledgement that follows and return the signed agreement to me.

DATED: _1/15/24_

BLACKHAWK VALLEY INVESTMENTS, INC.

BY: _____
        MICHAEL A. RYAN, Its President

BARRICK SWITZER LONG BALSLEY &
VAN EVERA, LLP

BY: _____
        DARRON M. BURKE, Attorney at Law

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Blackhawk Valley Investments, Inc.**                                    Case No.

Debtor(s)                                        Chapter        **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Michael A. Ryan**<br>**1200 Cameo Court**<br>**Herndon, VA 20170** | **Common Stock** | **600 Shares** | **Sole Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 15, 2024**                              Signature   **/s/ Michael Ryan**

**Michael Ryan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Blackhawk Valley Investments, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                              **9**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **January 15, 2024**

**/s/ Michael Ryan**

**Michael Ryan**/**President**
Signer/Title

Blackhawk Stateline Storage LLC
2104 Mildred Street
Beloit, WI 53511


Blackhawk Stateline Storage, LLC
2104 Mildred Street
Beloit, WI 53511


Bolgrien, Koepke & Kimes, LLC
Attn: Attorney Rodney Kimes
419 Main Street
P.O. Box 537
Pecatonica, IL 61063


John Nelson Law Offices
Attn: Attorney John Nelson
One Court Place
Suite 300
Rockford, IL 61101


Kevin Cain
12520 Greensview Circle
Roscoe, IL 61073


Mackenzie Mackay, Inc.
11654 Plaza America Drive
Reston, VA 20190


McIntyre Concrete, Inc.
12510 South Roy Road
Roscoe, IL 61073


Randy Kirichkow
136 South Hackett Street
South Beloit, IL 61080


Winnebago Foundry, Inc.
132 Blackhawk Boulevard
South Beloit, IL 61080

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Blackhawk Valley Investments, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Blackhawk Valley Investments, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 15, 2024**

Date

**/s/ Darron M. Burke**

**Darron M. Burke 6302978**

Signature of Attorney or Litigant

Counsel for   **Blackhawk Valley Investments, Inc.**

**Barrick Switzer Long Balsley & Van Evera, LLP**

**6833 Stalter Drive**
**Rockford, IL 61108**
**815/962-6611 Fax:815/962-0687**
**dburke@bslbv.com**